UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

P.W., *individually and on behalf of E.W., a child with a disability*,

                   Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                   Defendant.

------------------------------------- x

ORDER

20 Civ. 6220 (GBD)

GEORGE B. DANIELS, District Judge:

    The December 10, 2020 initial conference is cancelled.

Dated: December 7, 2020
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE