UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

P.W., et al.,

                                **Plaintiffs,**                  20-CV-06220 (GBD)(SN)

      -against-                                              **ORDER**

NEW YORK CITY DEPARTMENT OF EDUCATION,

                                **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On December 3, 2020, the Defendant filed a letter requesting an adjournment of the initial pretrial conference before the Hon. George B. Daniels, which he granted on December 7, 2020. On that same date, Judge Daniels referred this case to me for general pretrial and dispositive motions. Accordingly, the parties are directed to file a joint letter indicating the status of settlement in this case by February 8, 2021. If settlement is not forthcoming, the parties should additionally file a proposed civil case management plan with that same letter, and an initial pretrial conference will be scheduled thereafter.

**SO ORDERED.**

                                                                        SARAH NETBURN
                                                                        United States Magistrate Judge

DATED:       February 1, 2021
                  New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2021