UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

P.W., *individually and on behalf of E.W., a child with a disability*,

      Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

      Defendant.

------------------------------------x

ORDER

20 Civ. 6220 (GBD)

GEORGE B. DANIELS, District Judge:

 This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

 All conferences previously scheduled are adjourned *sine die*.

Dated: May 27, 2021
   New York, New York

            SO ORDERED.

            *George B. Daniels*
            GEORGE B. DANIELS
            UNITED STATES DISTRICT JUDGE